(No. 6350-

CABRINI HALL MATERNITY HOME, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

321

*Opinion filed January 11, 1972.*

CABRINI HALL MATERNITY HOME, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.